

ORIGINAL
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2012
CLERK, U.S. DISTRICT COURT
By
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **S & H INDUSTRIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. 3:11-CV-2988-M-BH** |
| | § | |
| **KARL SELANDER,** ***doing business as*** | § | |
| **Atcom Inc. aka Air Tool Corp of America, and** | § | |
| **ATCOA, INC.,** ***also known as*** **Air Tool Corp.** | § | |
| **of America,** | § | |
| | § | |
| **Defendants.** | § | **Pretrial Management** |

TO: Irma Carrillo Ramirez
United States Magistrate Judge

Your Honor,

Defending myself in this lawsuit would not be my choice but we have no other recourse. Court procedures and proper responses are not known to me. At 81, with no legal background, poor eyesight and being dyslexic, I am no match for the plaintiff's attorneys.

I did advise the Court that the "ATCOA Inc." does not exist. I have never used that term and have only used ATCOA as an acronym for Air Tool Corp. of America with our dba here in Texas. If this latest "Findings, Conclusions and Recommendation" can be used against us, please explain to me how I go about defending myself in making an objection or appeal.

The "ATCOA Inc." was used mistakenly, by Don Lokke, my nephew, who had provided a free website management to us. In 1994 we filed a corporation in Oregon, using the name, "Air Tool

with that wording/name. In 1994 we filed a corporation in Oregon, using the name, "Air Tool Corp. of America" and again in about 1997 we filed another in Nevada, using the same name. Both were allowed to expire. Under the threat by S&H he was forced to withdraw all of our website and listings as, he too, is not wealthy.

The "First Use in Commerce" "EVER" occurred on August. 15,1963 on the original, "approval for production", blueprint with Shunk Mfg., a subsidiary of Chromalloy Corporation. Shortly after, there was a full page national ad placed in the Automotive Repair and Body News, Oct. 1963 edition. The initialed, original blueprint, by ATCOA Pres. Roy Brodsky, Inventor, Otto Hendrickson and myself, we own the only known original blueprint. All of the owners of the Allen Air Product, Inc. have incorrect "First Use" dates on their trademark filings and transfers. A small copy of that print is attached along with copies of the registered 1974 Copyright by Robert Black. ( See attached items. )

The first filing, "Ever", by Allan Air Products, Inc., was for "ATCOA Viking". It was awarded in 1975 and abandoned in March of 1982. This filing included an incorrect "First Use in Commerce" date of 1965. From 1982 to 1993, there was no registration. With the 1993 filing, Allan Air was closed and Mitchell Shenker was selling off the remains of Allan Air. Apparently, the buyer, Dale Elrod, insisted that Shenker file for the name Viking as a condition of the sale. That filing used 1982 as the "First Use in Commerce" date on the application. At this point, Mitchell Shenker should have known of the previous "ATCOA Viking" registration with a 1965 "First Use" date. He knew that we had been using the name for eleven years with his knowledge and blessing. "The New Super Viking" phrase was used from November of 1982, without objection, after he sold us $10,000 worth of straight-line sanders. We modified and re-named them by attaching our, patented, file creating a new tool design.

There is another item we would draw to your attention, it is, a 1974 Copyright (A29754) issued to a Robert Black the year before the Allan Air trademark registration was awarded. This copyright was for a repair manual titled "Repair manual for Atcoa and Rodac "Viking" type straightline air files. This copyright was given in conjunction with straighline air filer/sanders. How a trademark was permitted with this title being a registered copyright is a mystery to me! Further, it proves our contention that the name "Viking" used with the description of two different brands of straightline sanders makes it clearly a generic name used in that form of reference.

While we do have volumes of documents, advertisements, correspondence and other items, it is not all in an organized or filed order. I am overwhelmed with this undertaking but our income is just Social Security and what little supplemental income, from repairs to air tools and tool sales, has been wiped out with the loss of our website. We have no way to afford an attorney.

Our medical bills are piling up as the only insurance we have is Medicare. We are both heart patients and my wife sustained a brain injury, caused by a fall, which has left her in a wheelchair. I am her only care giver and the stress of all this is taking it's toll on both of us.

We did offer to cease using the "Viking" name for any of our products, as a concession, but they have not accepted this offer.

Our use of that name has been continuous since 1982 with the phrase, "The New Super Viking", Mitchell Shenker, Pres. Of Allan Air Products, having full knowledge. It was Shenker who sold us ten thousand dollars worth of his straight-line air sanders, purchased by our Company, at that time, Commercial Utility Tools,

Inc., a California corporation. In all of these 28 years we have never been challenged over our use with any of the three previous owners, all of whom knew of our activities and use of the name Viking being posted on our website, many editorial sites and directories. All of this is supported with national ads in major trade publications, invoices, trade shows, auto body directories and 24/7 Internet website that grew exponentially over the next 14 + years. With shop calls over 12 years throughout the U.S. there are thousands of witnesses who received brochures and viewed our video.

It is clear to us that S&H failed to perform "Due Diligence" with their purchase of Viking Industries, LLP. A simple search of the Internet in 2006, the year they made this purchase, would have revealed that Air Tool Corp. of America was alive and well. using the name Viking without objections. Their disregard of their duty to protect their IP after four years of ownership, they discover our use from a single complaint by one of their clients. S&H has wrought havoc on us and our nephew, Don Lokke.

Again, Your Honor, I would request an early hearing in an attempt to settle this very damaging action and the cancellation of the, above mentioned, Court action. Further we would respectfully request that this suit be dismissed considering our massive store of evidence, all contrary to the S&H complaints.

Respectfully, Karl Selander

Note:

The requirement of the applicant is clear, errors will be considered "fraud" and render the registration void.

Mr. David Ludwig, founder of Allan Air Products, Inc. was assigned all of the rights, title and interest of Air Tool Corp. of America. With this transfer, he was given all of the company records which included the documents we have submitted as proof of "First Use in Commerce" for the name "Viking" used in conjunction with the ATCOA Viking sander. It is obvious that, with his filing, he use the year 1966, "at least", when he had the ATCOA original records containing first sales invoices of the Viking Sanders, national ads and hundreds of correspondences pertaining to all of the early activities.

With the filing, by Mitchell Shenker, in April 1993, "First Use in Commerce" was dated 1982. Again, being the CEO of Allan Air Products, Inc., he, too, had the original documents transferred to Allan Air in about 1968. In any event, that filing is "Fraud" as described by the Trademark Office.

Summary: Taking into consideration the fact of a copyright given to Robert Black, in 1974, for his "Repair Manual for Atcoa and Rodac "Viking" type straightline sanders." along with the trademark registration application for "ATCOA Viking" by David Ludwig bearing an incorrect "First Use" date, would vindicate our use of the

name Viking with our promotions. Additionally, our known twenty eight years of using it, universally, without ANY objections with all of the three owners of the "Allan Air" assets. This knowledge was clearly known by Mitchell Shenker and the first buyer, Dale Elrod. When it was transferred to Viking Industries in 2003, our Company listing was place on the front page of "Body Shop Business Directory" in which they were also listed.



Copyright #A529754

A529737.

A529738.
National summary of domestic trade receivables, March 1974. Polier. © Credit Research Foundation, Inc.; 1Mar74; A529738.

A529739.
A guide to Detroit's money. Compiled by M & P Enterprises. (Markets in focus; highlights, 1973) The Detroit News. Appl. au.: The Detroit News; A529739.

A529740.
Watergate game. Sheet. Appl. au.: Joe Freitas. Freitas; A529740.

A529741.
Jones. F. Jones;

A529742.
14 inch universal grinding machine. The Warner and Swasey Company; A529742.

Appl. au.: O. Curt Davis. © O. Curt Davis; 16Jan74; A529752.

A529753.
Poems of inspiration. By Florence Christine Watson. 20 p. © Florence [P.] Christine Watson; 10Nov73; A529753.

A529754.
Repair manual for Atcom and Nesco "Viking" type straightline sanders. 20 p. Add. ti.: Repair manual for straightline air files. Appl. au.: Robert Black - Accurate Tool Service. © Robert Black; 6Mar74; A529754.

A529755.
An Anthology of the Albany Vortex. Edited by Dan Wilcox. 59 p. NM: introductions & additional poems. © The Coninsane Press; 23Nov73; A529755.

Das Studium der deutschen Literatur eine Einfuehrung fuer amerikanische Studierende. Hrsg. von Wolfgang Ruttkowski & Eberhard Reichmann. Zusammenarbeit mit Ferdinand Hans Wagener. 227 p. © Eberhard & Wolfgang Ruttkowski

A529757.
Utah's Black Hawk War

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 3 04:35:46 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 347 out of 610**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | VIKING |
| **Goods and Services** | IC 007. US 023. G & S: hand held pneumatic filing, sanding and drilling tools, and replacement parts therefor. FIRST USE: 19820300. FIRST USE IN COMMERCE: 19820300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74379406 |
| **Filing Date** | April 16, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 21, 1993 |
| **Registration Number** | 1810473 |
| **Registration Date** | December 14, 1993 |
| **Owner** | (REGISTRANT) Allan Air Products, Inc. CORPORATION MISSOURI 1264 Ferguson Avenue St. Louis MISSOURI 63133<br>(LAST LISTED OWNER) S & H INDUSTRIES, INC. CORPORATION OHIO 5200 RICHMOND ROAD CLEVELAND OHIO 44146 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E MUNGER |
| **Prior Registrations** | 1023637 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040928. |
| **Renewal** | 1ST RENEWAL 20040928 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A

Find Answers | Services | FAQ |

Search by: NAME DOMAIN LOGO SOUND BRAND IDEA

Trademark Search > Trademark Category > Machinery Products > ATCOA VIKING

Image Unavailable

Read All Reviews Write a Review

# ATCOA VIKING

**By:** Allan Air Products, Inc.

Tweet Logo Share on Facebook

"First Use" 1965

Perfect for these industries

- Machinery Products

Words that describe this logo

available

This is a brand page for the **ATCOA VIKING** trademark by **Allan Air Products, Inc.** in **St. Louis, MO, 63133**. Write a review about a product or service associated with this ATCOA VIKING trademark. Or, contact the owner **Allan Air Products, Inc.** of the ATCOA VIKING trademark by filing a request to communicate with the Legal Correspondent for licensing, use, and/or questions related to the ATCOA VIKING trademark.

a U.S. federal trademark registration was filed for **ATCOA VIKING** by Allan Air Products, Inc., St. Louis, MO 63133. The USPTO has given the **ATCOA VIKING** trademark serial number of **81023637**. The current federal status of this trademark filing is **CANCEL[illegible] correspondent listed for ATCOA VIKING** is ?????????????????????????????????????????? of , , . The **ATCOA VIKING** trademark is filed in the category of Machinery Products . The description provided to the USPTO for **ATCOA VIKING** is .

| | |
|---|---|
| **Word Mark:** | **ATCOA VIKING** |
| **Status/ Status Date:** | **CANCELLED - SECTION 8** 3/23/1982 |
| **Serial Number:** | 81023637 |
| **Filing Date:** | FILING DATE NOT AVAILABLE |
| **Registration Number:** | 1023637 |
| **Registration Date:** | 10/28/1975 |
| **Goods and Services:** | NOT AVAILABLE |
| **Mark Description:** | NOT AVAILABLE |
| **Type Of Mark:** | TradeMark Application |
| **Published For Opposition Date:** | N/A |
| **Last Applicant/Owner:** | [illegible] Air Products, Inc.<br>St. Louis, MO 63133<br>Why is this contact information displayed? |
| **Mark Drawing Code:** | Typeset (Words/letter/Number) |
| **Design Search:** | (NO DATA) |
| **Register Type:** | Principal |
| **Disclaimer:** | (NOT AVAILABLE) |
| **Correspondent:** | ?????????????????????????????????????????? |

## Classification Information

| | |
|---|---|
| **International Class Code(s):** | 007 |
| **US Class Code(s):** | |
| **Primary Class:** | Machines and machine tools; motors and engines (except for land vehicles); machine coupling and transmission components (except for land vehicles); agricultural implements other than hand-operated; incubators for eggs. |
| **Class(es) Status:** | Sec. 8 – Entire Registration |
| **First Use Anywhere:** | NOT PROVIDED |
| **First Use In Commerce:** | NOT PROVIDED |

EXHIBIT L



Click to view larger image.

Rather than engage in an expensive legal battle over our use of the word "Viking", we have ( the word "Viking" in our description of the NEW ATCOA II Straightline Piston Air Sander whi( design copyrights, including our famous logo and words "Viking Dual" since 1963.

The Bible says: *"If it be possible, as much as lieth in you, live peaceably with all men!"* Rom,

Copy of Original ATCOA Viking Blueprint

# YOU ASKED FOR IT!

## A Combination Air-Powered Filer/Sander To Slash Time and Improve Quality!

### Two Great Tools In One! The Revolutionary, New

# VIKING DUAL

### Filer/sander

(Changes from filing to sanding in seconds)

EXHIBIT M

ATCOA'S first publication advertisement!

October 1963




The VIKING DUAL air tool AUTOMATES HAND FILING AND SANDING and makes them obsolete forever! Works any metal or wood surface in a fraction of the time . . . works plastic filler at any stage of hardness!

The VIKING DUAL filer/sander will pay for itself in a very short time by turning out quality work much faster than ever before, enabling you to accept more jobs.

Find out why the VIKING DUAL has become the hottest aid in the auto body business. Mark the reader service card in this magazine or write to the address below for further information or demonstration. But do it today!

The VIKING DUAL filer/sander has nearly a full inch stroke in a straight line motion . . . handles 3 times the work area of conventional tools . . . eliminates swirl marks . . . rugged enough for power filing, gentle enough for feathering.




## AIR TOOL CORPORATION OF AMERICA

9456 W. Jefferson Boulevard • Culver City, California • Phone 870-0338

AS SEEN IN AUTOMOTIVE SERVICE & BODY NEWS

**Int. Cl.: 7**

**Prior U.S. Cl.: 23**

**Reg. No. 1,810,473**

# United States Patent and Trademark Office

**Registered Dec. 14, 1993**

**TRADEMARK**
**PRINCIPAL REGISTER**

## VIKING

ALLAN AIR PRODUCTS, INC. (MISSOURI CORPORATION)
1264 FERGUSON AVENUE
ST. LOUIS, MO 63133

FOR: HAND HELD PNEUMATIC FILING, SANDING AND DRILLING TOOLS, AND REPLACEMENT PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 3-0-1982; IN COMMERCE 3-0-1982.

OWNER OF U.S. REG. NO. 1,023,637.

SER. NO. 74-379,406, FILED 4-16-1993.

RICHARD A. STRASER, EXAMINING ATTORNEY

Why 11 years to finally file??, "Our "Super Viking" began in Nov 1982 thru 1999 - documented

**Int. Cl.: 7**

**Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35**

**Reg. No. 3,043,482**
**Registered Jan. 17, 2006**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

VIKING INDUSTRIES, LLC (ILLINOIS LTD LIAB CO)
28188 N. BALLARD DRIVE
LAKE FOREST, IL 60045

FOR: HAND HELD AIR-OPERATED POWER TOOLS, NAMELY, FILING, SANDING AND DRILLING TOOLS AND REPLACEMENT PARTS THEREFOR, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 3-1-2004; IN COMMERCE 3-1-2004.

OWNER OF U.S. REG. NO. 1,810,473.

SER. NO. 76-586,198, FILED 4-12-2004.

BRIDGETT SMITH, EXAMINING ATTORNEY

*The only change in this example is the "artwork" around the "V"!*

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Viking Industries, LLC | | 05/01/2006 | LIMITED LIABILITY COMPANY: ILLINOIS |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | S & H Industries, Inc. |
| Street Address: | 5200 Richmond Road |
| City: | Cleveland |
| State/Country: | OHIO |
| Postal Code: | 44146 |
| Entity Type: | CORPORATION: OHIO |

PROPERTY NUMBERS Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 1810473 | VIKING |
| Registration Number: | 3043482 | VIKING |

CORRESPONDENCE DATA

Fax Number: (216)241-1666
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 216-861-5582
Email: skoenig@faysharpe.com
Correspondent Name: Sandra M. Koenig - Fay Sharpe LLP
Address Line 1: 1100 Superior Avenue, Seventh Floor
Address Line 4: Cleveland, OHIO 44114-2579

| ATTORNEY DOCKET NUMBER: | SHIN 0 00002 |
|---|---|
| NAME OF SUBMITTER: | Sandra M. Koenig |
| Signature: | /sandramkoenig/ |

OP $65.00 1810473

 

USPTO Assignments on the Web Case 3:11-cv-02988 Document 1-4 Filed 11/01/11 Page 1 of 1 PageID 22 Page 1 of 1

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 74379406 **Filing Dt:** 04/16/1993 **Reg #:** 1810473 **Reg. Dt:** 12/14/1993

**Registrant:** Allan Air Products, Inc.

**Mark:** VIKING

**Assignment: 1**

**Reel/Frame:** 1556/0078 **Received:** 02/20/1997 **Recorded:** 02/12/1997 **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** ALLAN AIR PRODUCTS, INC. **Exec Dt:** 09/01/1998
**Entity Type:** CORPORATION
**Citizenship:** MISSOURI

**Assignee:** VIKING AIR TOOLS COMPANY, INC. **Entity Type:** CORPORATION
1902 SOUTH EAST STREET **Citizenship:** MISSOURI
INDIANAPOLIS, INDIANA 48245

**Correspondent:** BLUMENFELD, KAPLAN & SANDWEISS
JEFFREY L. MICHELMAN, ESQ.
168 N. MERAMEC AVE., SUITE 400
ST. LOUIS, MO 63105

**Assignment: 2**

**Reel/Frame:** 2891/0859 **Received:** 12/30/2003 **Recorded:** 12/03/2003 **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** VIKING AIR TOOLS, INC. **Exec Dt:** 08/14/2003
**Entity Type:** CORPORATION
**Citizenship:** MISSOURI

**Assignee:** VIKING INDUSTRIES, LLC **Entity Type:** CORPORATION
878 JEFFERSON DRIVE **Citizenship:** ILLINOIS
LINDENHURST, ILLINOIS 60046

**Correspondent:** JANSSON, SHUPE & MUNGER, LTD.
JOHN E. MUNGER
245 MAIN STREET - SUITE M
RACINE, WI 53403

**Assignment: 3**

**Reel/Frame:** 3802/0665 **Received:** 06/25/2008 **Recorded:** 06/25/2008 **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** VIKING INDUSTRIES, LLC **Exec Dt:** 05/01/2006
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** ILLINOIS

**Assignee:** S & H INDUSTRIES, INC. **Entity Type:** CORPORATION
5200 RICHMOND ROAD **Citizenship:** OHIO
CLEVELAND, OHIO 44146

**Correspondent:** SANDRA M. KOENIG - FAY SHARPE LLP
1100 SUPERIOR AVENUE, SEVENTH FLOOR
CLEVELAND, OH 44114-2579

Search Results as of: 10/26/2011 01:36 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=74379... 10/26/2011

# SourceBook 2003

Designed as a reference for the collision repair industry, the BodyShop Business 2003 SourceBook is an alphabetical, cross-referenced listing that highlights companies offering products and services specifically designed for this industry.

Our listing in this SourceBook, a publication of Body Shop Business national magazine. This is one of two "Bibles of the Industry", the other is "ABRN". This book contains the Viking Air Tools listing. How is it that our use of the word Viking was ignored???? How is it that they received a registration of that word if their's is exclusive use in conjunction with inline air sanders????

**Air Filtration Co., Inc.**
1858 Hwy 14, P.O. Box 63, Corydon, IA 50060
Tel: (800) 848-5859 Fax: (641) 872-1663
e-mail: info@afcfilters.com
Web site: www.afcfilters.com
Contact: Jeremy Hagan
Laminar III downdraft diffusion media; premium filter for downdraft & crossdraft booths; CT Series for crossdraft booths; 300 Series economy filter for crossdraft booths; fiberglass paint arrestors in rolls & pads; Paint Pockets paint arrestors in rolls & pads; expanded paper arrestors in rolls & pads; prefilter & post-exhaust filters in bags, pads, pleats

**AirFlow Technology, Inc.**
4810 70th Ave., Kenosha, WI 53144
Tel: (414) 657-2200 Fax: (414) 657-2210
e-mail: filters@enteract.com
Web site: www.airflowtechnology.com
Paint spraybooth filters

[redacted]

**Airomax/U.S. Body Products**
6120 Spring Creek Dr., Guntersville, AL 35976
Tel: (800) 280-4546 Fax: (800) 280-4546
e-mail: usbp@charter.net
Web site: www.usbodyproducts.com
Contact: Dick Allegrati
Airomax air filtration for entire shop; replacement paint booth filters for all makes & models

**Airtech Spray Booths**
6-114 Norfinch Dr.
Toronto, ON, Canada M3N 1X1
Tel: (800) 461-0861 Fax: (416) 665-5824
e-mail: airtech@pathcom.com
Contact: George Chadjideris, pres.
Spraybooths; prep stations; centralized vacuum systems; paint-mixing rooms

**Akzo Nobel**
5555 Spalding Dr., Norcross, GA 30092
Tel: (800) 2SIKKENS Fax: (770) 662-8620
Web site: www.akzonobelcarrefinishes.net
Products: Autoclear III, Colorbuild, Autobase, Autocoat IV; Services: Acoat Selected (traditional services & essential services), technical training

**ALC Sandy Jet**
5200 Richmond Rd., Cleveland, OH 44146
Tel: (800) 253-9726 Fax: (216) 831-9573
e-mail: shindustries@worldnet.att.net
Web site: www.shindustries.com
Contact: John Myers

CERTIFIED MAIL

7010 3090 0000 9074 1395

UNITED STATES POSTAL SERVICE
1000
75242
U.S. POSTAGE PAID
RICHARDSON, TX
75080
MAR 12, '12
AMOUNT
$6.80
00045484-09

Karl Selander
15531 Branchcrest Circle
Dallas, TX 75248

TO: Judge, Irma Carrillo Ramirez
United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242-1495

MAR 13 2012