IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| S & H INDUSTRIES, INC., § § **Plaintiff,** § § v. § § KARL SELANDER, *doing business as* § Atcoa Inc. aka Air Tool Corp of America, and § ATCOA, INC., *also known as* Air Tool Corp. § of America, § § **Defendants.** § § | Civil No. 3:11-CV-2988-M-BH **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Plaintiff S & H Industries, Inc.'s Motion for Summary Judgment*, filed June 27, 2012 is **GRANTED**, and the *pro se Defendant Karl Selander's Motion to Dismiss*, filed July 31, 2012, is **DENIED as moot**.

SO ORDERED this 19th day of March, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS