**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **S & H INDUSTRIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil No. 3:11-CV-2988-M-BH** |
| | § | |
| **KARL SELANDER,** *doing business as* | § | |
| **Atcom Inc. aka Air Tool Corp of America, and** | § | |
| **ATCOA, INC.,** *also known as* **Air Tool Corp.** | § | |
| **of America,** | § | |
| | § | |
| **Defendants.** | § | **Pretrial Management** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

ATCOA Inc.'s claims and/or defenses are hereby stricken, and the Court finds it to be in default.  Plaintiff is entitled to move for default judgment and shall do so within thirty days of the date of this order.

**SO ORDERED this 19th day of March, 2013.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS