ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

S & H INDUSTRIES, INC.,                    §

    Plaintiff,                             §
                                            §
v.                                          §      CIVIL ACTION NO. 3:11-CV-02988-M
                                            §
KARL SELANDER, individually and d/b/a      §
ATCOA, INC. a/k/a AIR TOOL CORP. OF        §
AMERICA; DONALD H. LOKKE,                  §
individually and d/b/a LOKKE               §
ADVERTISING and ATCOA, INC. a/k/a AIR      §
TOOL CORP. OF AMERICA; NETPRPRO,           §
INC.; and ATCOA, INC. a/k/a AIR TOOL       §
CORP. OF AMERICA                           §
                                            §
    Defendants.                            §



**Defendant's Supplemental Evidence in Supporting His Innocence.**

The enclosed materials bearing the commencement date, May 1, 1964 of production of the ATCOA Viking Sander is in a copy of the first fiscal year financial statement and comments produced by the Cohen, Hammer and Company, bear proof of the dates on the sander inspection sheets I signed off for shipment commencing in late 1964. Exhibit A. The two carbon inspection sign off sheets being the first and last of the Kaye and Miller production. The first is dated 12/5/1964 and the second is the last of the entire ATCOA production run with Kaye & Miller Machine, Co. dated 9/16/1965. The 14 pages between these two are available to the Court if requested. There are many more documents existing in our possession which are available to the Court on request. Exhibit B. The financial statements prepared by Cohen, Hammer and Company covering from Dec. 31, 1964 through to June 30, 1965. In the last page of the Financial Statements dated Dec. 31, 1964, it contains notes with both #1 & #2 giving dates of incorporation and commencement of production. Exhibit C. The recently filed "ATCOA Service Manual for Viking Dual Air Tools" a Karl Selander creation in early 1964. Text, photos and sketches all produced by Selander for Air Tool Corp. of America without charge of any kind.

Exhibit "D" Includes the photo and explanation of what it represents with regard to establishing the Selander prototype model used in the Oct. 1963 national ad all a year+ before the commencement of production.

Exhibit "E" is a photo of Karl Selander holding the original Shunk Mfg. blueprint signed Aug. 1963 and a photo of the original ATCOA logo for which Selander holds the copyright and trademark registration.

A summary of this evidence, hereby submitted, is proof to my presence, unpaid technical work, creative designs, creative writing of the ATCOA Service Manual for the ATCOA Dual Viking Air Tool, vested authority and knowledge of Company activities for that period of time are unmistakable. This final delivery of the 15,000 Viking Sander on 9/16/1965, from Kaye & Miller Machine Company, was the last delivery of Sanders from Kaye & Miller's involvement with ATCOA before the close of the Business in late 1966.

Kaye & Miller had been dropped by Roy Brodsky he started his negotiations with Mr. Harvey Rodstein, a manufacturer's representative of a Japanese manufacturer who later received the purchase order for 5,000 ATCOA Tools, signed by Brodsky. Roy Brodsky gave Rodstein a purchase order with a set of blueprints that were not coordinated and the sanders could not be assembled when they arrived from Japan unassembled, Brodsky refused the delivery and the sanders were returned to Japan. By then, ATCOA was holding hundreds of backordered tools. With this catastrophic situation, Morris Shenker fired Roy Brodsky. The Company was virtually closed down in late 1966 following Roy's removal by Morris Shenker. The financials give credence to our narrative.

Mr. David Ludwig was asked by Shenker to go to California and attempt to salvage the Company. In 1967, the "assets and good will" of ATCOA was transferred to Ludwig when he opened a new company, "Allan Air Products, Inc." in St. Louis, MO. There is no inventory listed in that transfer and Ludwig did not name his Company "Air Tool Corp. of America" but promoted his Company as "manufacturers of the ATCOA Viking Straight-line Sander. The name Viking had not appeared on the Viking Sander until 1970 where the logo of ATCOA was altered to have Viking Dual Sander at the bottom of the logo. See Exhibit E. Pictures of the early ATCOA logo the name Viking was not applied to the Sander in

any way.  By then, the Japanese model bearing the ATCOA logo had been reworked and were being sold in the U.S. to the original ATCOA jobbers.

A lawsuit ensued between Allan Air Products, Inc. and Harvey Rodstein/RODAC over his sales of the Japanese tools in the U.S. market.  Court records show that Rodstein/RODAC was allowed to sell the 5,000 tools rejected by Brodsky. Hendrickson, on his death bed, gave RODAC a second license on his patent because his royalties from ATCOA had ceased,  Rodstein continued to manufacture the Viking tools in Japan and another lawsuit ensued between David Ludwig and Harvey Rodstein that lasted 10 years with Ludwig prevailing and RODAC closing down since Ludwig was able to prove prior ownership using Selander's files.

Selander's claims to Copyrights have now been registered and if the Plaintiff objects, the burden of proof lies with them as we understand the law.  We cite Copyright Law Chap. 5, 504 © Statutory Damages (1) & (2). Notice of our copyrights were claimed as early as the late 90's in national publications.  Many of these proofs are still on the Internet.

Respectfully submitted,  *Karl Selander*  Karl Selander

DAILY INSPECTION RECORD

DATE  12/5/64

| JOB#/SERIAL # | PART # | ITEM# OR DIMENSION | NO. OF PARTS CHECKED | 1ST ART | IN PROC | FINAL | INSPECTORS STAMP |
|---|---|---|---|---|---|---|---|
| 2632 | 2572 | 2987 | 2565 | 2922 | | | |
| 2795 | 2560 | 2523 | 2623 | 2656 | | | |
| 2759 | 2563 | 2508 | 2550 | 2555 | | | |
| 2865 | 2545 | 2710 | 2679 | 2740 | | | |
| 2876 | 2574 | 2682 | 2617 | 2619 | | | |
| 2658 | 2742 | 2502 | 2648 | 2548 | | | |
| 2729 | 2751 | 2837 | 2645 | 2728 | | | |
| 2684 | 2691 | 2586 | 2589 | 2695 | | | |
| 2610 | 2715 | 2123 | 2811 | | | | |
| 2608 | 2766 | 2441 | 2834 | | | | |
| 2700 | 2599 | 2335 | 2660 | | | | |
| 2737 | 2571 | 2122 | 2103 | | | | |
| 2773 | 2786 | 2128 | 2426 | | | | |
| 3004 | 2592 | 2575 | 2114 | | | | |
| 2591 | 2597 | 2514 | 2313 | | | | |
| 2934 | 2892 | 2113 | 2570 | | | | |
| 2854 | 2952 | 2309 | 2734 | | | | |
| 2788 | 2803 | 2121 | 2611 | | | | |
| 2965 | 2785 | 2544 | 2824 | | | | |
| 2849 | 2999 | 2439 | 2791 | | | | |
| 2828 | 2986 | 2356 | 2631 | | | | |
| 2643 | 2933 | 2341 | 2616 | | | | |
| 2730 | 2861 | 2124 | 2627 | | | | |
| 2949 | 2958 | 2384 | 2639 | | | | |
| 2672 | 3002 | 2099 | 2839 | | | Karl Selander | |
| 2683 | 2725 | 2549 | 2629 | | | Signature | |
| 2827 | 2918 | 2585 | 2603 | | | | |
| 2806 | 2841 | 2738 | 2653 | | | | |
| 2978 | 2826 | 2722 | 2602 | | | | |
| 2858 | 2963 | 2793 | 2574 | | | | |
| 2582 | 2696 | 2539 | 2576 | | | | |
| 2583 | 2701 | 2630 | 2641 | | | | |
| 2568 | 2911 | 2606 | 2564 | | | | |
| 2494 | 2992 | 2724 | 2551 | | | | |

# INSPECTION REPORT

## acceptance-rejection-salvage

sheet___ of___

| P.O.# | | PART # | | PART NAME *Pyliesh* MACH | | CHG LETTER | JOB# *718* |
|---|---|---|---|---|---|---|---|
| CUSTOMER | | | SUPPLIER | | 1st A. | FIN. SRC. | DATE *1/16/43* |
| LOT # | | LOT SIZE | E.O. # | | | | |

| ITEM NO. | DISCREPANCY OR NON-CONFORMANCE | PRELIM. DECISION | DISPOSITION/COMMENTS |
|---|---|---|---|
| OK | FOR SHIPMENT NUMBERS 14001 THRU 15000. | | |
| *1/16/43* | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| QTY PRESENTED | QTY ACCEPTED | QTY REWORKED | QTY REJECTED | I.R. # | RESPONSIBILITY | |
|---|---|---|---|---|---|---|
| | | | | | CUSTOMER | K&M |
| 1000 | 1000 | | | | | |

| INSPECTOR | CAUSE OF REJECTION | ACTION TO PREVENT RECURRENCE |
|---|---|---|
| INSP. STAMP | *non* | |
| | | BY |

*EXHIBIT "B"*

AIR TOOL CORPORATION OF AMERICA

FINANCIAL STATEMENTS

AS AT DECEMBER 31, 1964

*See last page —*

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS

AIR TOOL CORPORATION OF AMERICA

FINANCIAL STATEMENTS

As at December 31, 1964

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS
9033 WILSHIRE BOULEVARD
BEVERLY HILLS, CALIFORNIA

M. RICHARD COHEN, C.P.A.
JULIUS M. HAMMER, C.P.A.
HERBERT J. PRICE, C.P.A.

CRESTVIEW 4-5735
TREMONT 8-0770

BOARD OF DIRECTORS
AIR TOOL CORPORATION OF AMERICA
LOS ANGELES, CALIFORNIA 90035

WE HAVE EXAMINED THE STATEMENT OF FINANCIAL CONDITION OF AIR TOOL
CORPORATION OF AMERICA AS AT DECEMBER 31, 1964 AND THE RELATED INCOME
STATEMENT FOR THE YEAR THEN ENDED.  OUR EXAMINATION WAS MADE IN
ACCORDANCE WITH GENERALLY ACCEPTED AUDITING STANDARDS, AND, ACCORDINGLY,
INCLUDED SUCH TESTS OF THE ACCOUNTING RECORDS AND SUCH OTHER AUDITING
PROCEDURES AS WE CONSIDERED NECESSARY IN THE CIRCUMSTANCES.

IN OUR OPINION, THE ACCOMPANYING STATEMENT OF FINANCIAL CONDITION AND
THE RELATED INCOME STATEMENT PRESENT FAIRLY THE FINANCIAL POSITION OF
AIR TOOL CORPORATION OF AMERICA AS AT DECEMBER 31, 1964, AND THE RE-
SULTS OF ITS OPERATIONS FOR THE YEAR THEN ENDED, IN ACCORDANCE WITH
GENERALLY ACCEPTED ACCOUNTING PRINCIPLES.

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS

BEVERLY HILLS, CALIFORNIA
MARCH 1, 1965

AIR TOOL CORPORATION OF AMERICA

STATEMENT OF FINANCIAL CONDITION

As at December 31, 1964

ASSETS

CURRENT ASSETS:
| | | |
|---|---|---|
| Cash on hand and in banks | | 5,535.42 |
| Accounts receivable – trade (assigned) | 95,189.43 | |
|    Less: Allowance for doubtful accounts | 3,510.09 | 91,859.34 |
| Merchandise inventory, at lower of cost or market | | 6,741.00 |
| Prepaid tool costs (Note 2) | | 45,000.00 |
| Unexpired insurance | | 493.23 |
| Prepaid interest | | 141.28 |

TOTAL CURRENT ASSETS        149,576.28

| DEPRECIABLE ASSETS: | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Automobile (encumbered) | 2,200.00 | 291.67 | 1,908.33 |
| Office equipment | 2,430.88 | 121.55 | 2,309.33 |
| Testing equipment | 416.00 | 6.93 | 409.07 |
| TOTALS | 5,046.88 | 420.13 | 4,626.73 |

TOTAL DEPRECIABLE ASSETS, at net book value        4,626.73

OTHER ASSETS:
| | |
|---|---|
| Organization expense, net of amortization (Note 3) | 6,561.04 |
| Research and development expense, net of<br>  amortization (Note 4) | 80,468.94 |
| Deposits | 525.00 |

TOTAL OTHER ASSETS        87,554.98

TOTAL ASSETS        241,757.99

THIS EXHIBIT IS SUBJECT TO THE NOTES TO FINANCIAL STATEMENTS.

Exhibit A

## LIABILITIES

CURRENT LIABILITIES:
   NOTES PAYABLE TO STATE BANK AND TRUST
      COMPANY OF WELLSTON (SECURED BY ASSIGNMENT
      OF ACCOUNTS RECEIVABLE)

| | |
|---|---|
| ACCOUNTS PAYABLE — TRADE | 18,007.03 |
| ACCRUED EXPENSES | 51,373.00 |
| PAYROLL TAXES PAYABLE | 39,812.35 |
| CURRENT PORTION OF LONG-TERM LIABILITIES | 8,560.94 |
| | 59,121.04 |

      TOTAL CURRENT LIABILITIES                       166,884.36

LONG-TERM LIABILITIES:
   NOTES PAYABLE TO:

| | |
|---|---|
| SHUNK MANUFACTURING COMPANY, UNSECURED | 70,825.00 |
| CITY NATIONAL BANK, SECURED BY AUTOMOBILE | 1,852.34 |
| OFFICER-STOCKHOLDERS, UNSECURED: | |
|    MORRIS A. SHENKER | 67,500.00 |
|    ROY BRODSKY | 1,500.00 |
|    CARL SELANDER | 1,500.00 |
|       TOTAL | 142,977.34 |
| LESS: CURRENT PORTION PAYABLE IN ONE YEAR | 59,121.04 |

      TOTAL LONG-TERM LIABILITIES                83,856.30

      TOTAL LIABILITIES                       250,750.66

## SHAREHOLDERS' EQUITY

CAPITAL STOCK:
   AUTHORIZED 300,000 SHARES OF COMMON STOCK AT
   $ .10 PAR VALUE PER SHARE; ISSUED 5,000 SHARES       500.00

(DEFICIT) FROM OPERATIONS:
   NET (LOSS) FOR THE YEAR ENDED DECEMBER 31, 1964
     (EXHIBIT B)                       ( 9,492.67)

      TOTAL SHAREHOLDERS' EQUITY (DEFICENCY)      ( 8,992.67)

   TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY      241,757.99

EXHIBIT B

## AIR TOOL CORPORATION OF AMERICA

### INCOME STATEMENT

For the year ended December 31, 1964

|  |  | % |
|---|---|---|
| SALES | 280,806.95 | 100.00 |
| COST OF GOODS SOLD: |  |  |
| Manufactured Tools Purchased | 129,003.73 |  |
| Drafting Expense | 424.62 |  |
| Inspection | 325.00 |  |
| Rent of Die Castings | 8.824.00 |  |
| Total | 138,377.35 |  |
| Less:  Inventory at December 31, 1964 | 6,741.00 |  |
| TOTAL COST OF GOODS SOLD | 131,636.35 | 46.88 |
| GROSS PROFIT | 149,170.60 | 53.12 |
| OPERATING EXPENSES (Schedule 1) | 158,663.27 | 56.50 |
| NET (LOSS) | (9,492.67) | (3.38) |

AIR TOOL CORPORATION OF AMERICA

NOTES TO FINANCIAL STATEMENTS

AS AT DECEMBER 31, 1964

NOTE 1:  AIR TOOL CORPORATION OF AMERICA WAS INCORPORATED ON APRIL 5,
1963 UNDER THE LAWS OF THE STATE OF MISSOURI.  IT COMMENCED
OPERATIONS AS A MANUFACTURER AND DISTRIBUTOR OF PNEUMATIC
TOOLS ON MAY 1, 1964.

NOTE 2:  THE COMPANY HAS AGREED TO RECEIVE 16,000 TOOLS FROM KAYE AND
MILLER MACHINE COMPANY, THE MANUFACTURING-CONTRACTOR, AT
$45.00 PER TOOL FOR THE YEAR COMMENCING DECEMBER 3, 1964.
THE PREPAID TOOL COSTS OF $45,000.00 REPRESENTS AN ADVANCE-
MENT ON THE PURCHASE OF 7,500 OF THOSE TOOLS AT $6.00 EACH.
THE BALANCE OF $39.00 PER TOOL IS TO BE PAID AS THE TOOLS
ARE RECEIVED.  THE PREPAID TOOL COSTS ARE TO BE AMORTIZED
TO THE COST OF TOOLS ON THE BASIS OF RECEIPT OF THE FIRST
7,500 TOOLS.

NOTE 3:  ORGANIZATION EXPENSE REPRESENTS LEGAL AND OTHER EXPENSES
NECESSARY FOR ORGANIZING THIS CORPORATION.  IT IS BEING
AMORTIZED TO OPERATIONS OVER 5 YEARS.

NOTE 4:  RESEARCH AND DEVELOPMENT EXPENSE INCLUDES THE COSTS OF DEVELOP-
ING THE PNEUMATIC SANDER AND FILING TOOL FOR MARKETABILITY.
THESE COSTS ARE BEING AMORTIZED TO OPERATIONS OVER 5 YEARS.

AIR TOOL CORPORATION OF AMERICA

FINANCIAL STATEMENTS

As At March 31, 1965

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS

AIR TOOL CORPORATION OF AMERICA

FINANCIAL STATEMENTS

AS AT MARCH 31, 1965

AIR TOOL CORPORATION OF AMERICA

STATEMENT OF FINANCIAL CONDITION

AS AT MARCH 31, 1965

ASSETS

CURRENT ASSETS:

| | | |
|---|---:|---:|
| CASH ON HAND AND IN BANKS | | 9,304.92 |
| ACCOUNTS RECEIVABLE – TRADE (ASSIGNED) | 137,899.29 | |
| LESS: ALLOWANCE FOR DOUBTFUL ACCOUNTS | 3,510.09 | 134,389.20 |
| MISCELLANEOUS OTHER RECEIVABLES | | 375.40 |
| MERCHANDISE INVENTORY, AT LOWER OF COST OR MARKET | | 13,347.18 |
| PREPAID TOOL COSTS | | 35,031.00 |
| PREPAID EXPENSES | | 2,927.81 |

TOTAL CURRENT ASSETS                                      195,375.51

| DEPRECIABLE ASSETS: | COST | ACCUMULATED DEPRECIATION | NET BOOK VALUE |
|---|---:|---:|---:|
| AUTOMOBILES (ENCUMBERED) | 4,400.00 | 525.00 | 3,875.00 |
| OFFICE EQUIPMENT | 4,942.49 | 305.86 | 4,636.63 |
| TESTING EQUIPMENT | 416.00 | 27.73 | 388.27 |
| TOTALS | 9,758.49 | 858.59 | 8,899.90 |

TOTAL DEPRECIABLE ASSETS, AT NET BOOK VALUE                  8,899.90

OTHER ASSETS:

| | |
|---|---:|
| ORGANIZATION EXPENSE, NET OF AMORTIZATION | 6,182.48 |
| RESEARCH AND DEVELOPMENT EXPENSE, NET OF AMORTIZATION | 75,826.50 |
| DEPOSITS | 525.00 |

TOTAL OTHER ASSETS                                        82,533.98

TOTAL ASSETS                                            286,809.39

THIS EXHIBIT IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

## LIABILITIES

CURRENT LIABILITIES:
NOTES PAYABLE TO STATE BANK AND TRUST
    COMPANY OF WELLSTON (SECURED BY ASSIGNMENT
    OF ACCOUNTS RECEIVABLE)                                48,376.22
ACCOUNTS PAYABLE AND ACCRUED EXPENSES (INCLUDES
    ACCRUED INTEREST OF $26,343.60)          56,803.05
PAYROLL TAXES PAYABLE                     4,245.79
ESTIMATED FEDERAL INCOME TAXES         15,000.00
CURRENT PORTION OF LONG-TERM LIABILITIES    34,193.07

    TOTAL CURRENT LIABILITIES                158,618.13

LONG-TERM LIABILITIES:
NOTES PAYABLE TO:
    SHUNK MANUFACTURING COMPANY, UNSECURED     70,625.00
    CITY NATIONAL BANK, SECURED BY AUTOMOBILES    3,795.66
    OFFICER-STOCKHOLDERS, UNSECURED:
      MORRIS A. SHENKER                  71,500.00
      ROY BRODSKY                       1,500.00
      CARL SELANDER                    1,500.00
        TOTAL                       148,920.66
LESS:  CURRENT PORTION PAYABLE IN ONE YEAR    34,193.07

    TOTAL LONG-TERM LIABILITIES               114,727.59

    TOTAL LIABILITIES                     273,345.72

## SHAREHOLDERS' EQUITY

CAPITAL STOCK:
AUTHORIZED 300,000 SHARES OF COMMON STOCK AT
    $.10 PAR VALUE PER SHARE; ISSUED 5,000 SHARES     500.00

RETAINED EARNINGS:
BALANCE AT JANUARY 1, 1965 (DEFICIT)     ( 9,492.67)
NET INCOME FOR THE THREE MONTHS ENDED
    MARCH 31, 1965 (EXHIBIT B)       22,456.34   12,963.67

    TOTAL SHAREHOLDERS' EQUITY               13,463.67

    TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY    286,809.39

EXHIBIT B

AIR TOOL CORPORATION OF AMERICA

INCOME STATEMENT

FOR THE THREE MONTHS ENDED MARCH 31, 1965

|  |  |  | % |
|---|---|---|---|
| SALES |  | 234,710.89 | 100.00 |
| COST OF GOODS SOLD: |  |  |  |
|   INVENTORY, JANUARY 1, 1965 | 6,741.00 |  |  |
|   MANUFACTURED TOOLS PURCHASED | 98,693.10 |  |  |
|   DRAFTING EXPENSE | 300.00 |  |  |
|   INSPECTION | 1,100.00 |  |  |
|   RENT OF DIE CASTINGS | 4,156.00 |  |  |
|       TOTAL | 110,990.10 |  |  |
|   LESS: INVENTORY, MARCH 31, 1965 | 13,347.18 |  |  |
|     TOTAL COST OF GOODS SOLD |  | 97,642.92 | 41.60 |
|     GROSS PROFIT |  | 137,067.97 | 58.40 |
| ROYALTIES |  | 13,909.19 | 5.93 |
|     GROSS PROFIT (AFTER ROYALTIES) |  | 123,158.78 | 52.47 |
| OPERATING EXPENSES (SCHEDULE 1): |  |  |  |
|   SELLING AND SHIPPING | 43,768.92 |  | 18.65 |
|   GENERAL AND ADMINISTRATIVE | 26,321.18 |  | 11.21 |
|     TOTAL OPERATING EXPENSES |  | 70,090.10 | 29.86 |
|     NET PROFIT FROM OPERATIONS |  | 53,068.68 | 22.61 |
| OTHER EXPENSES: |  |  |  |
|   INTEREST | 12,685.72 |  |  |
|   SALES DISCOUNTS | 2,926.62 | 15,612.34 | 6.65 |
|     NET PROFIT (BEFORE PROVISION FOR FEDERAL INCOME TAX) |  | 37,456.34 | 15.96 |
| PROVISION FOR FEDERAL INCOME TAX |  | 15,000.00 | 2.56 |
|     NET INCOME |  | 22,456.34 | 13.40 |

THIS EXHIBIT IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

SCHEDULE 1

AIR TOOL CORPORATION OF AMERICA

OPERATING EXPENSES

FOR THE THREE MONTHS ENDED MARCH 31, 1965

|  |  | % OF SALES |
|---|---:|---:|
| **SELLING AND SHIPPING EXPENSES:** |  |  |
| ADVERTISING | 8,112.65 | 3.46 |
| FREIGHT OUT | 2,950.54 |  |
| SALESMEN'S SALARIES | 3,000.00 | 1.28 |
| SALESMEN'S COMMISSIONS | 24,231.56 | 10.32 |
| SHIPPING CLERK SALARY | 638.00 |  |
| TRAVEL | 4,836.17 | 2.06 |
| TOTAL SELLING AND SHIPPING EXPENSES | 43,768.92 | 18.65 |
|  |  |  |
| **GENERAL AND ADMINISTRATIVE EXPENSES:** |  |  |
| AMORTIZATION OF ORGANIZATION EXPENSE |  |  |
| AMORTIZATION OF RESEARCH AND DEVELOPMENT EXPENSE | 378.56 |  |
| AUTOMOBILE | 4,642.44 | 1.98 |
| CREDIT AND COLLECTION | 297.40 |  |
| DEPRECIATION | 54.00 |  |
| EMPLOYMENT FEES | 438.46 |  |
| ENTERTAINMENT | 240.00 |  |
| INSURANCE | 249.42 |  |
| LEGAL AND AUDIT | 55.21 |  |
| LICENSE AND OTHER TAXES | 3,225.00 |  |
| MISCELLANEOUS | 481.90 |  |
| OFFICE SUPPLIES AND POSTAGE | 1,659.78 |  |
| PAYROLL TAXES | 405.64 |  |
| RENT OF PREMISES | 2,031.45 |  |
| SALARIES: | 1,142.83 |  |
| OFFICE |  |  |
| OFFICERS | 5,487.34 | 2.34 |
| TELEPHONE AND TELEGRAPH | 4,350.00 | 1.85 |
|  | 1,181.75 |  |
| TOTAL GENERAL AND ADMINISTRATIVE EXPENSES | 26,321.18 | 11.21 |

THIS SCHEDULE IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

AIR TOOL CORPORATION OF AMERICA

FINANCIAL STATEMENTS

AS AT JUNE 30, 1935

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS
9005 WILSHIRE BOULEVARD
BEVERLY HILLS, CALIFORNIA

CRESTVIEW 4-8729
TREMONT 8-0770

BOARD OF DIRECTORS
AIR TOOL CORPORATION OF AMERICA
LOS ANGELES, CALIFORNIA

WE HAVE EXAMINED THE STATEMENT OF FINANCIAL CONDITION OF AIR TOOL CORPORATION
OF AMERICA AS AT JUNE 30, 1965, AND THE RELATED INCOME STATEMENT FOR THE SIX
MONTHS THEN ENDED TOGETHER WITH SUPPORTING SCHEDULE.  OUR EXAMINATION WAS
MADE IN ACCORDANCE WITH GENERALLY ACCEPTED AUDITING STANDARDS, AND, ACCORD-
INGLY, INCLUDED SUCH TESTS OF THE ACCOUNTING RECORDS AND SUCH OTHER AUDITING
PROCEDURES AS WE CONSIDERED NECESSARY IN THE CIRCUMSTANCES, EXCEPT THAT, IN
ACCORDANCE WITH THE TERMS OF OUR ENGAGEMENT, WE DID NOT MAKE AN INDEPENDENT
VERIFICATION OF CERTAIN MATERIAL ASSETS AND LIABILITIES NOR VERIFY THE INVEN-
TORIES WHICH WERE ACCEPTED AS SUBMITTED.

THE MATERIALITY OF THE LIMITATIONS IN THE SCOPE OF OUR ENGAGEMENT PRECLUDES
OUR EXPRESSING AN OPINION ON THE ACCOMPANYING FINANCIAL STATEMENTS AND SUP-
PORTING SCHEDULES TAKEN AS A WHOLE, WHICH HAVE BEEN PREPARED IN ACCORDANCE
WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES APPLIED ON A CONSISTENT BASIS.

COHEN, HAMMER AND COMPANY
CERTIFIED PUBLIC ACCOUNTANTS

BEVERLY HILLS, CALIFORNIA
JULY 18, 1965

AIR TOOL CORPORATION OF AMERICA

STATEMENT OF FINANCIAL CONDITION

As at June 30, 1965

## A S S E T S

CURRENT ASSETS:

| | | |
|---|---:|---:|
| Cash on Hand and in Banks | | 32,345.02 |
| Accounts Receivable — Trade (Assigned) | 128,834.15 | |
| Less: Allowance for Doubtful Accounts | 3,510.09 | 126,324.06 |
| Miscellaneous Other Receivables | | 1,725.00 |
| Merchandise Inventory, at Lower of Cost or Market | | 32,145.00 |
| Prepaid Tool Costs | | 14,700.00 |
| Prepaid Expenses | | 4,453.03 |

TOTAL CURRENT ASSETS      211,692.11

| | Cost | Accumulated Depreciation | Net Book Value |
|---|---:|---:|---:|
| DEPRECIABLE ASSETS: | | | |
| Automobiles (Encumbered) | 4,400.00 | 875.00 | 3,525.00 |
| Office Equipment | 5,877.97 | 573.57 | 5,398.10 |
| Testing Equipment | 572.86 | 72.75 | 500.13 |
| Show Booth | 843.45 | 117.33 | 826.52 |
| TOTALS | 11,694.30 | 1,644.55 | 10,249.75 |

TOTAL DEPRECIABLE ASSETS, AT
     NET BOOK VALUE      10,249.75

OTHER ASSETS:

| | |
|---|---:|
| Organization Expense, Net of Amortization | 5,803.92 |
| Research and Development Expense, Net of Amortization | 72,194.06 |
| Deposits | 525.00 |

TOTAL OTHER ASSETS      78,522.98

TOTAL ASSETS      300,664.84

THIS EXHIBIT IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

## LIABILITIES

CURRENT LIABILITIES:
  NOTES PAYABLE TO STATE BANK AND TRUST COMPANY
    OF WELLSTON (SECURED BY ASSIGNMENT OF
    ACCOUNTS RECEIVABLE)                                          6,634.91
  ACCOUNTS PAYABLE AND ACCRUED EXPENSES (INCLUDES
    ACCRUED INTEREST OF $66,261.66)                              76,946.83
  PAYROLL TAXES PAYABLE                                           4,247.00
  ESTIMATED FEDERAL INCOME TAXES                                 35,500.00
  CURRENT PORTION OF LONG-TERM LIABILITIES                       33,286.98

        TOTAL CURRENT LIABILITIES                                          156,274.72

LONG-TERM LIABILITIES:
  NOTES PAYABLE TO:
    SHUNK MANUFACTURING COMPANY, UNSECURED                       64,053.16
    CITY NATIONAL BANK, SECURED BY AUTOMOBILES                    6,138.48
    MCDANIEL MOTOR CO., UNSECURED                                30,000.00
    OFFICER-STOCKHOLDERS, UNSECURED:
      MORRIS A. SHENKER                                          37,500.00
      ROY BRODSKY                                                 1,500.00
      CARL SELANDER                                               1,500.00
        TOTAL                                                   137,691.66
  LESS:   CURRENT PORTION PAYABLE IN ONE YEAR                    33,286.98

        TOTAL LONG-TERM LIABILITIES                                       104,405.68

        TOTAL LIABILITIES                                                 259,680.40

## SHAREHOLDERS' EQUITY

CAPITAL STOCK:
  AUTHORIZED 300,000 SHARES OF COMMON STOCK AT $.10
    PAR VALUE PER SHARE; ISSUED 5,000 SHARES                       500.00

RETAINED EARNINGS:
  BALANCE AT JANUARY 1, 1965 (DEFICIT)          (  8,492.67)
  NET INCOME FOR THE SIX MONTHS ENDED
    JUNE 30, 1965 (EXHIBIT B)                     48,977.11       40,484.44

        TOTAL SHAREHOLDERS' EQUITY                                        40,984.44

        TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY                        300,664.84

AIR TOOL CORPORATION OF AMERICA

INCOME STATEMENT

FOR THE SIX MONTHS
ENDED JUNE 30, 1965

|  |  | $ | % |
|---|---|---|---|
| SALES |  | 517,182.49 | 100.00 |
| COST OF GOODS SOLD: |  |  |  |
| INVENTORY, BEGINNING OF PERIOD | 6,741.00 |  |  |
| MANUFACTURED TOOLS PURCHASED | 231,675.84 |  |  |
| DRAFTING EXPENSE | 600.00 |  |  |
| INSPECTION | 2,850.00 |  |  |
| RENT OF DIE CASTINGS | 9,726.00 |  |  |
| TOTAL | 250,572.84 |  |  |
| LESS: INVENTORY, END OF PERIOD | 32,445.00 |  |  |
| TOTAL COST OF GOODS SOLD |  | 217,827.84 | 42.14 |
| GROSS PROFIT |  | 299,254.55 | 57.86 |
| ROYALTIES |  | 30,034.69 | 5.81 |
| GROSS PROFIT (AFTER ROYALTIES) |  | 269,219.86 | 52.05 |
| OPERATING EXPENSES (SCHEDULE 1): |  |  |  |
| SELLING AND SHIPPING | 102,119.97 |  | 19.75 |
| GENERAL AND ADMINISTRATIVE | 47,095.91 |  | 9.11 |
| TOTAL OPERATING EXPENSES |  | 149,215.88 | 28.86 |
| NET PROFIT FROM OPERATIONS |  | 120,004.58 | 23.19 |
| OTHER EXPENSES: |  |  |  |
| INTEREST | 6,145.55 |  |  |
| SPECIAL COMMISSIONS | 20,687.90 |  |  |
| SALES DISCOUNTS | 7,694.02 | 34,527.47 | 6.68 |
| NET PROFIT (BEFORE PROVISION FOR FEDERAL INCOME TAX) |  | 85,477.11 | 16.51 |
| PROVISION FOR FEDERAL INCOME TAX |  | 35,600.00 | 6.88 |
| NET INCOME |  | 49,877.11 | 9.63 |

THIS EXHIBIT IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

COHEN, HAMMER AND COMPANY, CERTIFIED PUBLIC ACCOUNTANTS

SCHEDULE 1

ANNUAL CORPORATION OF AMERICA

ATING EXPENSES

| | FOR THE SIX MONTHS ENDED JUNE 30, 1965 | % OF SALES | FOR THE THREE MONTHS ENDED June 30, 1965 | % OF SALES |
|---|---|---|---|---|
| SING EXPENSES: | | | | |
| | 49,225.45 | 3.72 | 11,112.80 | 3.93 |
| SALESMEN SALARIES | 6,190.32 | | 6,238.76 | |
| COMMISSIONS | 8,462.67 | 1.63 | 5,452.67 | 1.92 |
| CLERK SALARY | 53,353.30 | 10.33 | 29,327.24 | 10.36 |
| SUPPLIES | 1,741.76 | | 1,165.76 | |
| | 209.90 | | 209.90 | |
| | 12,761.07 | 2.47 | 7,924.80 | 2.81 |
| TOTAL SELLING AND SHIPPING EXPENSES | 102,119.97 | 19.75 | 58,351.05 | 20.63 |

GENERAL AND ADMINISTRATIVE EXPENSES:

| | | | | |
|---|---|---|---|---|
| AMORTIZATION OF ORGANIZATION EXPENSE | 757.12 | | 378.56 | |
| AMORTIZATION OF RESEARCH AND DEVELOPMENT EXPENSE | 9,234.86 | 1.80 | 4,642.44 | 1.64 |
| AUTOMOBILE | 738.46 | | 441.06 | |
| CREDIT AND COLLECTION | 55.00 | | 1.00 | |
| DEPRECIATION | 1,234.42 | | 765.96 | |
| DUES AND SUBSCRIPTIONS | 125.00 | | 125.00 | |
| EMPLOYMENT FEES | 240.00 | | .00 | |
| ENTERTAINMENT | 793.63 | | 550.21 | |
| INSURANCE | 202.53 | | 147.33 | |
| LEGAL AND AUDIT | 1,933.00 | | 925.00 | |
| LICENSE AND OTHER TAXES | 531.70 | | 65.80 | |
| MISCELLANEOUS | 1,705.60 | | 60.71 | |
| OFFICE SUPPLIES AND POSTAGE | 891.04 | | 453.40 | |
| PAYROLL TAXES | 2,675.07 | | 844.62 | |
| RENT OF PREMISES | 2,442.68 | | 1,300.00 | |
| SALARIES: | | | | |
| OFFICE | 13,669.66 | 2.64 | 8,171.92 | 2.89 |
| OFFICERS | 7,350.00 | 1.42 | 3,000.00 | 1.06 |
| TELEPHONE AND TELEGRAPH | 2,391.31 | | 1,299.58 | |
| TOTAL GENERAL AND ADMINISTRATIVE EXPENSES | 47,095.81 | 9.11 | 27,333.52 | 7.92 |

THIS SCHEDULE IS SUBJECT TO THE COMMENTS SET FORTH IN THE ACCOMPANYING LETTER.

FOR THE THREE MONTHS
ENDED JUNE 30, 1965

| | | |
|---|---:|---:|
| | | d |
| | 262,475.99 | 100.00 |
| | | |
| 13,947.13 | | |
| 132,592.94 | | |
| .00 | | |
| 1,250.00 | | |
| 5,550.00 | | |
| 152,790.07 | | |
| 32,445 | | |
| | 0,285.02 | 42.53 |
| | 190.97 | 57.42 |
| | 125.50 | 5.71 |
| | 148,085.47 | 51.71 |
| | | |
| 8,951.05 | | 20.66 |
| 22,368.52 | | 7.93 |
| | 60,719.57 | 23.59 |
| | 85,345.90 | 23.13 |
| | | |
| 2,864.71 | | |
| 11,232.22 | | |
| 4,788.20 | 18,915.13 | 6.70 |
| | 46,430.77 | 16.43 |
| | 20,500.00 | 7.26 |
| | 25,930.77 | 9.17 |

EXHIBIT "C"



ATCOA

AIR TOOL CORP. OF AMERICA

# service manual

## viking dual
## air tool

# Service Instructions

The Viking Dual Air Tool is a horizontal, reciprocating air sander filer with a 13/16" stroke at its normal operating speed of approximately 3,000 strokes per minute. For proper operation it requires a minimum air pressure of 90 pounds per square inch for sanding and 120 pounds per square inch for filing, however, pressure up to 180 pounds per square inch will not harm the tool. At these pressures the machine will consume from 7 to 9 cubic feet of air pressure per minute. It is imperative that an adequate supply of air be available to obtain satisfactory performance.

While the Viking Dual Air Tool has far fewer moving parts than do conventional air tools, it is, as are all air tools, a precision machine. Because of this, the tools must be handled and serviced as such. Careless handling of the tool can cause serious damage, especially if the tool is operated after it is damaged. Because the Viking Dual has moving parts it requires lubrication. Type "A" transmission oil is not only recommended . . . IT IS SPECIFIED ! ! ! ! Failure of the owner to properly oil the tool, with the specified lubricant, or careless and improper handling will cause the manufacturer's warranty to be voided. Repairs done to the Viking Dual Air Tool, to repair damage caused by improper handling or failure to lubricate, will be done only at the owner's expense.

Because the Viking Dual is used as a filing and sanding tool, the normal conditions under which it is used would be considered excessively dusty for other air tools. In spite of this, the tools will render outstanding performance, with exceptional reliability, with a minimum amount of care. Under normal conditions, the oil reservoir on the side of the tool should be filled         with Type "A" Transmission oil. Care should be exercised when filling the reservoir, not to

introduce sanding grit, or other foreign matter. The tools should be wiped clean of all dust, sanding grit, and file particles prior to removing the oil reservoir plug. When the oil reservoir is filled, several drops of Type "A" transmission oil should be squirted into the air inlet at the rear of the tool. For continuous operation, a fog-type oiler should be installed in the system, with a setting such that it administers 3 to 5 drops of oil per hour into the air supply. A maximum of 50 feet of 5/16 I.D. hose is recommended, because longer lengths restrict the air supply, cause low pressure conditions at the tools, and interfere with proper oiling when fog-type oilers are used. Type "A" transmission oil must be used when fog-type oilers are employed in the system.

An adequate filtering system should be used in the air supply system to remove water and other contaminants, and prevent them from entering the tool. The presence of water will cause rust and pitting of the machined surfaces, and thus will endure excessive wear. If tool is to be stored away for a period of time, squirt oil in air intake and run for a few seconds.

Under no circumstances should the Viking Dual be disassembled by anyone other than a factory-trained service man. The proper timing of this tool is extremely critical, and if it is not done correctly an attempt to operate the tool may result in its destruction, and possible injury to the operator. Any attempt to repair or dismantle the tool will completely void the warranty, and release the manufacturer from any warranty or responsibility.

This tool was two years in testing and engineering to reach the point of perfection we have achieved to date. With proper care, this tool should offer many years of excellent, satisfactory service.

## IN SERVICING THIS TOOL, CHECK THESE IMPORTANT POINTS FIRST:

1. PLACE A STEEL RULE ON THE BOTTOM OF THE CARRIER TO BE SURE THE CARRIER IS ABSOLUTELY STRAIGHT. IF NOT, THE TOOL WILL NOT OPERATE PROPERLY.

2. CHECK FOR PROPER ADEQUATE OILING, AS TOOL REQUIRES BEING OILED.

3. IF IN CHECKING THIS TOOL IT HAS NOT BEEN ADEQUATELY OR PROPERLY OILED, OR IF THE CARRIER IS BENT, THIS WOULD INDICATE MISHANDLING OF THE TOOL AND WOULD VOID ANY GUARANTEE ON THE PART OF ATCOA, CONSEQUENTLY A CHARGE WOULD APPLY FOR THE REPAIR CAUSED BY THE TWO ABOVE.

NOTE: Prior to service, check tool as far as possible for the following:

### TROUBLE ITEMS

A. If the tools operate properly in the repair shop, the owner's air supply may lack pressure or volume.

B. Bent Carrier        C. Water in Tool        D. Lack of Oil

E. Insufficient or Restricted Air Supply (Sanding—90 PSI, Filing—120 PSI, Minimum)

F. Frozen Steel Ball in Rear Head

G. Worn Carrier Assembly on Side Straps

H. Scarred Pistons and Cylinder

I. Damaged Pistons, Rings or Leather Cup on I-D Model

# Inspection

Thoroughly inspect all parts for excessive wear. Replace as required. Inspect cylinder bore for scratches, being especially careful if pinion gears are badly worn or damaged. If gears are worn be sure to replace bearings also as the particles from the cyanide case will be in the bearings. Check cylinder bore for wear and out of round with go-no-go gauge or micrometer. If the cylinder bore is more than .005 inches out of round, or if the bore exceeds 1.185 inches, the housing should be returned to the factory to be rebored. If there are excessively deep scratches on the cylinder walls, which cannot be removed by honing, without exceeding the above limits, the housing should be returned for reboring. If the go-no-go gauge is used, the housing should be returned if the no-go end can be inserted at any point. If the cylinder is a standard .010 inches oversize, and

is scratched, or the out-of-round exceeds .005 inches, or if the diameter of the bore exceeds 1.196, the housing must be replaced. If the housing must be replaced or rebored, the pistons must also be replaced. The tools should be carefully inspected for internal rust conditions, as this will indicate that water has been introduced into the tool, and will void the warranty. Inspect the carrier for bend. The maximum allowable bend is .003 inches. This can be checked with a straight edge and a set of feeler gauges. If the bend exceeds the above limits or if there is broken chrome on the carrier assembly, it must be replaced. Generally speaking, a bent carrier indicates that the tool has been dropped or abused and this voids the warranty issued. If the valve seat is damaged, return the tool to the factory for replacement. DO NOT ATTEMPT TO REMOVE ! ! ! !

# Disassembly

1. Clean machine thoroughly to remove all sanding grits and other foreign materials.
2. Remove front knob by screwing counter-clockwise.
3. Remove 6 screws holding rear handle assembly and remove handle assembly.
4. Remove valve pin under handle.
5. Remove steel valve retaining screw on top of housing, invert housing and tap lightly to allow valve to fall out.
6. Remove 4 socket screws from front head and remove front head, discarding gasket.
7. Remove 4 socket screws from rear head and remove rear head, discarding gasket.
8. Remove 12 screws holding side strap. With tool inverted, remove side straps.
9. Lift carrier assembly from machine.
10. Remove actuator gear in center of machine.
11. Use finger to punch both pistons in as far as possible. Place sharp end of bearing removal tool between bearing and pinion gear and tap down gently with a hammer forcing bearing partially out of the housing. Reverse tool, and with protruding portion against bearing, pry against pinion to remove bearing. Hold machine on its side and tap gently against hand to remove pinion shaft. Invert tool and remove pinion gear and two steel spacers. Drive out opposite bearing with drift punch of same size as the pinion shaft. Be sure the end of the punch is flat. Repeat operation to remove remaining pinion, shaft, spacers, and bearings.
11a. If bearings appear to be badly worn or cannot be readily removed, use a 13/16" drill to drill a hole in one bearing cap. With a small drift, punch the pinion shaft and opposite bearing may be forced out.
12. Remove both pistons from machine, pressing lightly on piston rings if piston does not slide freely.
13. Remove 8 Counter-sunk screws in bronze aluminum wear strips, and remove wear strips if required.
14. To remove valve spring and ball, invert rear head in vise and remove brass fitting and spring. Turn head right side up and over hand and allow ball to drop out. Be sure to avoid damaging the face of head.



# THE ONLY SPECIAL TOOLS REQUIRED FOR SERVICING THE VIKING DUAL AIR FILE AND SANDING MACHINE

TIMING GUAGE

TORRINGTON BEARING REMOVAL TOOL



## OTHER TOOLS REQUIRED:

- 1—REGULAR SCREW-DRIVER
- 1—¼" ALLEN HEAD WRENCH
- 1—PHILLIPS HEAD SCREW-DRIVER
- 1—6" CRESCENT WRENCH
- 1—GO-NO-GO GAUGE OR MICROMETER
- 1⅛" ALLEN HEAD WRENCH

## TIME SCHEDULE

| OPERATION | TIME IN MINUTES |
|-----------|-----------------|
| #1  | 5.00 |
| #2  | 0.25 |
| #3  | 1.50 |
| #4  | 0.25 |
| #5  | 0.75 |
| #6  | 1.75 |
| #7  | 1.75 |
| #8  | 2.00 |
| #9  | 0.25 |
| #10 | 0.25 |
| #11 | 3.75 |
| #12 | 0.25 |
| #13 | 1.50 |
| #14 | 2.00 |
| #15 | 2.00 |
| #16 | 2.30 |
| #17 | 1.00 |
| #18 | 0.50 |
| #19 | 0.30 |
| #20 | 2.25 |
| #21 | 1.25 |
| #22 | 0.30 |
| #23 | 3.75 |
| #24 | 0.75 |
| #25 | 1.00 |



# Reassembly

15. Reverse Operation #14.

16. Replace pistons, being careful to place rack towards bottom of the machine, and push in as far as possible.

17. Replace bronze-aluminum wear strips.

18. Grease bearing cups with Texaco Marfax #2 cup grease or equivalent.

19. With an arbor press or brass hammer, replace bearings **on one side of the machine only.**

20. Place some petroleum jelly or light grease on each side of pinion gear, place steel spacer in position and set pinion gear in place. Slide pinion shaft through pinion gear and install opposite bearing. Repeat to install remaining pinion gear.

21. Invert the housing on the bench with the thick section around the valve facing away from you. Insert the actuator gear with the timing mark in the twelve o'clock position. Using the timing gauge to position both pistons. If a gauge is not available, the piston should be positioned 0.400 inches from the face of the housing. The pinion gear should then be moved slightly to bring the closest tooth on the pinion gear to a vertical position.

22. Replace the carrier assembly with the timing mark aligned with the timing mark on the actuator gear. Be certain that the racks on the carrier assembly engage the pinion gears.

23. Place machine on its side, place a light coat of Permatex on each side strap, and replace one side strap. Be extremely careful that the timing does not change while performing these operations, since an attempt to operate an improperly timed machine will cause severe damage to the machine, as well as possible injury to the operator. Allow a clearance of .003 to .005 inches between the carrier assembly and the bottom lip of the side straps. If the clearance is excessive, the machine will give sloppy operation with excessive wear. If the clearance is insufficient, the straps will overheat, and may freeze to carrier, stalling machine. There is a slight amount of adjustment in the side straps.

24. Place machine right side up on bench, and drop valve into place. The protruding section of the valve must drop into the slot formed by the actuator gear shaft. This may be checked by operating the carrier assembly by hand and noting if the valve rotates.

25. Reverse operations 7 through 2, using new gaskets when replacing front and rear heads. When machine is completely assembled, refill the oil reservoir on the side of the machine and before operating, place several drops of oil in the inlet air fitting. **Type "A" transmission oil must be used.**

NOTE: The roll pin holding the trigger in the rear handle should be replaced whenever the tool is serviced. Check valve pin and valve pin seat on bottom of trigger. It is not necessary to disassemble the tool to remove and replace the roll pin.



# Parts and Parts Price Breakdown

### ASSEMBLIES

| | | |
|---|---|---|
| A. Body: Including Nos. 1 and 2 | | 59.50 |
| B. Rear Head: Including Nos. 3, 4, 5, 6, 7, 8, 9 | | 19.15 |
| C. Handle: Including Nos. 10 and 11 | | 8.95 |
| D. Pinion Gear, Shaft and Bearing: Including Nos. 17, 18, 19, 20 | | 16.65 |
| E. Complete Piston Set: Including* Nos. 21, 22, 23, 24 | | 18.85 |
| F. Carrier: Including Nos. 25, 26L, 26R, 27, 28 | | 27.95 |
| G. Sanding Shoe 2½" width | | 5.95 |
| H. Sanding Shoe (not shown) 4" width | | 10.50 |

*2 of each Nos. 21 and 22
 4 of each Nos. 23 and 24

### INDIVIDUAL PARTS

| | | | |
|---|---|---|---|
| 1. | Bearing Strips (4) | | 9.65 |
| 2. | Bearing Strips Screws | | .05 |
| 3. | Rear Head | | 17.90 |
| 4. | Pin, Air Valve | | .20 |
| 5. | Plug, Valve Pin Sleeve | | .20 |
| 6. | Brass Adapter | | .30 |
| 7. | Steel Ball (air intake) | | .30 |
| 8. | Spring (air intake) | | .05 |
| 9. | Plug, Spring Retainer | | .20 |
| 10. | Trigger | | 2.00 |
| 11. | Pin, Trigger | | .05 |
| 12. | Front Head | | 3.50 |
| 13. | Head Gasket Set | | .35 |
| 14. | Head Screws (Short) | ea. | .10 |
| 15. | Head Screws (Long) | ea. | .15 |
| 16. | Front Knob | | 3.45 |
| 17. | Bearing Shaft | | 1.55 |
| 18. | Bearing Spacers (4) | | .10 |
| 19. | Pinion Gear | | 5.60 |
| 20. | Bearing, Pinion | | .55 |

| | | | |
|---|---|---|---|
| 21. | Piston | | 4.10 |
| 22. | Piston Gear Rack | | 2.95 |
| 23. | Teflon Ring (Piston) | | .45 |
| 24. | Felt Plug (4) | | .10 |
| 25. | Carrier | | 25.05 |
| 26L. | Carrier Rack Gear | | 2.95 |
| 26R. | Carrier Rack Gear | | 2.95 |
| 27. | Actuator Rack Gear | | 4.50 |
| 28. | Actuator Wear Plate | | 1.50 |
| 29. | Side Straps (Set) | | 11.60 |
| 30. | Side Strap Screw | ea. | .05 |
| 31. | Actuator Gear | | 4.95 |
| 32. | Valve | | 6.25 |
| 33. | Valve Plug "O" Ring | | .10 |
| 34. | Valve Plug | | .85 |
| 35. | Handle Front Screws | ea. | .05 |
| 36. | Handle Rear Screws | ea. | .05 |
| 37. | File Nut & Bolt Set† | | .35 |
| 38. | Aluminum Rivets† | ea. | .05 |

†Not Shown



## AIR TOOL CORPORATION OF AMERICA



The only surviving photo of the Hendrickson original prototypes inline air sanders together with the three Selander prototypes, all created on or before 6/1963. The center sander of the front three is the ONLY model of the Original ATCOA Viking Dual Filer/Sander. This photo and the photo on the Original ad in Automotive Service & Body News are the only evidence of the existence as ALL of those in this picture disappeared with the departure of the ATCOA President, Roy Brodsky. Prior to the commencement of the first production of the Viking in 1994, the Selander model was the only Viking sander in existence.

# YOU ASKED FOR IT!

## A Combination Air-Powered Filer/Sander To Slash Time and Improve Quality!

Two Great Tools In One!
The Revolutionary, New

## VIKING DUAL
### Filer/sander

(Changes from filing to
sanding in seconds)

ATCOA'S first publication
advertisement!

October 1963





The VIKING DUAL air tool AUTOMATES HAND FIL-
ING AND SANDING and makes them obsolete forever!
Works any metal or wood surface in a fraction of the time
. . . works plastic filler at any stage of hardness!

The VIKING DUAL filer/sander will pay for itself
in a very short time by turning out quality work much
faster than ever before, enabling you to accept more jobs.

Find out why the VIKING DUAL has become the hottest
aid in the auto body business. Mark the reader service card
in this magazine or write to the address below for further
information or demonstration.      But do it today!

The VIKING DUAL filer/sander has nearly a
full inch stroke in a straight line motion . . . han-
dles 3 times the work area of conventional tools
. . . eliminates swirl marks . . . rugged enough
for power filing, gentle enough for feathering.



# AIR TOOL CORPORATION OF AMERICA
9456 W. Jefferson Boulevard      ○      Culver City, California      ○      Phone 870-0338

AS SEEN IN AUTOMOTIVE SERVICE & BODY NEWS

This is a photo of Karl Selander holding the Original Shunk Mfg. 1963 blueprint initialed by Otto Hendrickson, Inventor, Ray Burman, Shunk Pres. & Karl Selander, V.P. of Production and Development for ATCOA.







endicia.com

071V00577426

$7.77   US POSTAGE
FIRST CLASS
Jul 29 2013
Mailed from ZIP 75248

CERTIFIED MAIL

7012 3460 0002 1165 2866

Mr. Karl Selander
15531 Branchcrest Cir
Dallas, TX 75248

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TX 75242-1495

RECEIVED
JUL 3 0 2013
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS