IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| S & H INDUSTRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:11-CV-2988-M-BH |
| | § | |
| KARL SELANDER, *doing business as* | § | |
| Atcoa Inc. aka Air Tool Corp of America, and | § | |
| ATCOA, INC., *also known as* Air Tool Corp. | § | |
| of America, | § | |
| | § | |
| Defendants. | § | Pretrial Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Plaintiff S & H Industries, Inc.'s Motion for Award of Attorneys' Fees*, filed April 2, 2013 (doc. 61) is **GRANTED IN PART,** and the plaintiff is awarded attorneys' fees in the amount of $42,775.92.

SIGNED this 5th day of December, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS