IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| S & H INDUSTRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:11-CV-2988-M-BH |
| | § | |
| KARL SELANDER, *doing business as* | § | |
| Atcoa Inc. aka Air Tool Corp of America, and | § | |
| ATCOA, INC., *also known as* Air Tool Corp. | § | |
| of America, | § | |
| | § | |
| Defendants. | § | Pretrial Management |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Plaintiff S & H Industries, Inc.'s Motion for Contempt and Sanctions Against Defendant Karl Selander*, filed May 13, 2013 (doc. 65), is **GRANTED,** and Defendant is hereby sanctioned and ordered to pay Plaintiff $8,658 in reasonable attorneys' fees incurred in obtaining the finding of contempt.

SIGNED this 20th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS